# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

144500

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MICHAEL DENNIS WASHINGTON,
        Defendant-Appellant.

SC:  144500
COA:  306134
Oakland CC:  2008-223656 FC

_____/

On order of the Court, the application for leave to appeal the December 8, 2011, order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

Clerk

h0514